No. 763. MISSOURI EX REL. LOUISVILLE & NASHVILLE R. Co. *v.* OSSING ET AL. April 11, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Harold R. Small* and *Ashby M. Warren* for petitioner. *Mr. Chilton Atkinson* for respondents.

No. 764. ILLICK ET AL. *v.* TRUST COMPANY OF FLORIDA ET AL. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Henry K. Gibson* and *Henry W. Anderson* for petitioners. *Messrs. Mitchell D. Price, Robert S. Florence, D. H. Redfearn, Cary D. Landis,* and *H. P. Adair* for respondents.

No. 768. MAHONING COAL R. CO. ET AL. *v.* UNITED STATES;

No. 769. MAHONING COAL R. Co. *v.* SAME;

No. 770. SAME *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE; and

No. 771. SAME *v.* UNITED STATES. April 11, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles C. Paulding* and *William Mann* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Andrew D. Sharpe* for respondents.

No. 772. COLLETTI *v.* UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. E. O. Ricketts* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.